```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LUIS MANUEL FARIAS,<br><br>  Defendant. | No. MJ-12-392<br><br>ORDER DENYING THE UNITED STATES' MOTION FOR DETENTION AS MOOT, STRIKING DEFENDANT'S MOTION FOR RECONSIDERATION AS MOOT, AND SETTING STATUS HEARING |

The court has considered the Pretrial Services Report, Supplemental Pretrial Services Report and proffers of the parties. The court, based upon the factual proffers and the parties' position that release is unopposed, finds the following:

☑ The United States withdrew its Motion for detention.

☑ Other: Release was unopposed by the United States. Pretrial Services has confirmed that there are no firearms in the home and that Mrs. Farias wishes to have her husband in the home and does not fear him. Supplemental Pretrial Services Report, ECF No. 20.

☑ The United States' Motion for Detention, **ECF No. 2**, is **DENIED as moot.**

☑ The Defendant's Motion for Reconsideration, **ECF No. 16**, is stricken as moot.

☑ A separate Order will issue setting forth conditions of release.

☑ A status hearing is set for **November 20, 2012, at 11:00 a.m.** before the undersigned.

**IT IS SO ORDERED.**

DATED November 7, 2012.

  S/ CYNTHIA IMBROGNO
  UNITED STATES MAGISTRATE JUDGE

ORDER DENYING THE UNITED STATES' MOTION FOR DETENTION - 1